Name: David J. Holdsworth, 4652
Address: 9125 So. Monroe Plaza Way #C
Telephone: Sandy, Utah 84070
801-352-7701
801-567-9960 fax

# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH - _Central_ DIVISION

| | | |
|---|---|---|
| Wallace Davis | : | |
| Plaintiff, | : | |
| | : | **COMPLAINT** |
| v. | : | |
| Gateway Companies, Inc. | : | |
| | : | Civil No. **2 02 CV-0559 K** |
| Defendant(s). | : | |

## A. JURISDICTION

This action is brought pursuant to Title VII of the Civil Rights Act of 1964 as amended, for employment discrimination. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e(5). Equitable and other relief are also sought under 42 U.S.C. § 2000e(5)(g). Jurisdiction is also based on 28 U.S.C. §§ 1331, 1343 and 42 U.S.C. §§ 1981 et seq. Where employment discrimination based upon age is alleged, jurisdiction is conferred by 29 U.S.C. §§ 626(c)(1) and 626(e) and appropriate relief is also sought. _Jury trial demanded._

## B. PARTIES

1.  Name of plaintiff: Wallace Davis
    Present mailing address: ___ East ___ Street #924
    Salt Lake City, Utah 84107

2.  Name of first defendant:
    Present mailing address or
    business location:         _Gateway Computers, Inc_
                               _9__ West 2100 South_
                               _Salt Lake City, Utah 84120_

3.  Name of second defendant:
    Present mailing address or
    business location:

4.  Name of third defendant:
    Present mailing address or
    business location:

(Use additional sheets if necessary.)

## C. NATURE OF CASE

1.  The address at which I sought employment or was employed by the defendant(s) is:

    _Gateway_
    _9__ West 2100 South_
    _Salt Lake City, Utah 84120_

2.  The discriminatory acts occurred on or about:

    _Between August 1999 and Jan 11, 2000_
    (Month, Day, Year)
    _and after Jan 13, 2000_

3.  I filed charges with the Anti Discrimination Division of the Utah State Industrial Commission regarding the defendant's discriminatory conduct on or about:

    _April 3, 2000 later amended to_
    (Month, Day, Year)     _include_
                           _retaliation_

4. I filed charges with the Equal Employment Opportunity Commission regarding the defendant's discriminatory conduct on or about:

_April 3, 2000 (on information and belief)_
(Month, Day, Year)

5. The Equal Employment Opportunity Commission sent the attached "Notice of Right to Sue" which I received on:

_on or about April 13, 2002_
(Month, Day, Year)

(Please attach the "Notice of Right to Sue" to this complaint.)

6. The discriminatory acts that are the basis of this suit are:

   a. _____ Failure to employ me
   b. ✓ Failure to promote me
   c. _____ Termination of my employment
   d. _____ Demotion
   e. _____ Denied equal pay/work
   f. _____ Sexual harassment
   g. _____ General harassment
   h. ✓ Other acts (Be specific: Attach an additional sheet if necessary)

_Retaliation, discipline in the form of reprimand which was unwarranted, creating a hostile work environment which culminated in a constructive discharge_

7. Defendant's conduct is discriminatory with respect to:

   a. ✓ my race         d. _____ my religion
   b. ✓ my color        e. ✓ my national origin
   c. _____ my sex      f. _____ my age
                         g. ✓ retaliation

8. I believe that the defendant is still committing these acts against me.

   _____ yes     ✓ no

## D. CAUSE OF ACTION

1. I allege that the defendant has discriminated against me and that the following facts form the basis for my allegations:

   a. (1) Count I: _racial discrimination_

   (2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly, in your own words without citing any legal authority. Use additional sheets if necessary.)

   _After I passed my initial 90 day probation, I applied for several advancements. I believe I was well qualified but I was never selected for any of the positions I applied for._

   b. (1) Count II: _retaliation_

   (2) Supporting Facts:

   _In April 2000, I filed a charge of discrimination with the EEOC because I believed I had been discriminated against. Very soon thereafter the company reprimanded me for stepping over a female coworker's legs during a fire drill. Eventually the company began monitoring my every move and this created a hostile environment. Eventually I determined that the working conditions were unsafe and abusive, that I decided to leave Gateway and I walked out. I contend this constituted a constructive discharge._

### E. INJURY

1. How have you been injured by the actions of the defendant(s)?

   - _the wages I would have earned had I been selected for any of the promotions_
   - _wages and benefits lost due to the constructive discharge_
   - _emotional distress_
   - _attorneys fees and costs_

### F. REQUEST FOR RELIEF

2. I believe I am entitled to the following relief:

   - _back wages as set forth above_
   - _compensatory damages_
   - _attorneys fees and costs_

   - _Jury trial demanded_

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. § 1621.

Executed at _Enid, UT_ on _June 10_, 19___.
(Location)

_____
Signature

H:\prose\vii.gui

Exhibits/ Attachments to this document have **not** been scanned.

Please see the case file.